```
01
02
03
04
05
06
07
08
09
10
11
12
13
14
15
16
17
18
19
20
21
22
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LINDSAY JENKINS, pro se,            )
                                    )   CASE NO. C09-52Z
            Plaintiff,              )
                                    )
    v.                              )   MINUTE ORDER
                                    )
JPMorgan Chase Bank, NA, d/b/a      )
Washington Mutual, et al.,          )
                                    )
            Defendants.             )
_____

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff has moved to amend her complaint to state additional claims against defendant JP Morgan Chase Bank, NA, and new claims against proposed defendants Deutsche Bank National Trust, Erin Stines, Bishop White Marshall & Weibel, P.S., Tammy Shapiro, and Rosicki, Rosicki and Associates. Mot. to Amend, docket no. 53.

(2) Leave to amend should be freely given when justice so requires. Fed. R. Civ. P. 15(a). Plaintiff's motion to amend, docket no. 53, is GRANTED in part and DENIED in part. Plaintiff's motion is GRANTED to the extent it raises new claims against defendant JP Morgan Chase.

MINUTE ORDER
PAGE -1

(3)  Plaintiff's motion is DENIED without prejudice to the extent it seeks to join new defendants to the lawsuit. Plaintiff has failed to plead sufficient facts to establish subject matter jurisdiction over the proposed defendants Deutsche Bank National Trust, Erin Stines, Bishop White Marshall & Weibel, P.S., Tammy Shapiro, and Rosicki, Rosicki and Associates. See Ventress v. Japan Airlines, 603 F.3d 676, 680 (9th Cir. 2010) (leave to amend need not be granted when the proposed amendment would be futile). In addition, a scheduling order may be modified only for good cause. Fed. R. Civ. P. 16(b)(4). Here, the deadline for adding additional parties under the Court's scheduling order was May 26, 2010. Minute Order, docket no. 52. Plaintiff has failed to show good cause why the Court should amend the case schedule to extend the deadline for adding new parties.

(4)  Plaintiff is DIRECTED to file a revised amended complaint within thirty (30) days of the date of this Minute Order.

(5)  The Clerk is directed to send a copy of this Minute Order to all counsel of record and plaintiff pro se.

Filed and entered this 10th day of August, 2010.

                        BRUCE RIFKIN, Clerk

                        s/ Claudia Hawney
By: _____
                        Claudia Hawney
                        Deputy Clerk